UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Tony Harris, | ) | C/A No. 5:13-cv-00558-JFA-KDW |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| US Parole Commission, and Warden of | ) | |
| FCI-Edgefield, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

Petitioner, proceeding pro se and *in forma pauperis*, brought this action seeking

habeas corpus relief under 28 U.S.C. § 2241.  Respondent filed a Motion for Summary

Judgment on June 5, 2013. ECF No. 21.  As Petitioner is proceeding pro se, the court entered

an order on June 6, 2013, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975),

advising Petitioner of the importance of a motion for summary judgment and of the need for

him to file an adequate response. ECF No. 22.  Petitioner was informed that his response was

due by July 11, 2013, and was specifically advised that if he failed to respond adequately,

Respondent's motion may be granted, thereby ending his case.

Notwithstanding the specific warning and instructions set forth in the court's

*Roseboro* order, Petitioner has failed to respond to the motion. As such, it appears to the

court that Petitioner does not oppose the motion and wishes to abandon his action against

Respondent. Based on the foregoing, Petitioner is directed to advise the court whether he

wishes to continue with this case and to file a response to Respondent's Motion for Summary

Judgment by **August 5, 2013**. Petitioner is further advised that if he fails to respond, this action against Respondent will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

      IT IS SO ORDERED.

July 17, 2013                                                Kaymani D. West
Florence, South Carolina                    United States Magistrate Judge